Case 3:22-cv-00002   Document 12   Filed on 04/05/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

**NEW YORK LIFE INSURANCE**
**AND ANNUITY CORPORATION,**

      **Plaintiff,**

v.

Civil Action No. 3:22-cv-00002

**GREGORY HARTNETT JR.,**
**CATRINA DICKSON**
**STEVEN HARTNETT**
**DANIEL HARTNETT**
**NICHOLAS HARTNETT**

      **Defendants.**

## ORDER GRANTING FINAL DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff New York Life Insurance and Annuity Corporation filed a Notice of Voluntary Dismissal (Dkt. No. 10). No defendant filed an answer in this action and this matter has been resolved out-of-court. The Court, having considered the Notice of Dismissal, finds that this case should be dismissed.

IT IS ORDERED that this case is hereby DISMISSED in its entirety, without fees or costs to any party.

SIGNED and ENTERED this  5th day of  April       , 2022.

                                                              HONORABLE JEFFREY V. BROWN
                                                              UNITED STATES DISTRICT JUDGE